**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN M. HEAD,<br><br>    Plaintiff,<br><br>  v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; CHARLES REED, Chancellor, California State University; DON W. KASSING, Interim President, San Jose State University; SUSAN MEYER, Dean, San Jose State University School of Education; CATHY M. BUELL, Department Chair, San Jose State University School of Education, Secondary Education Department and Associate Professor, San Jose University School of Education; HELEN MARY KRESS, Assistant Professor, San Jose State University School of Education; NATIONAL COUNCIL ON TEACHER ACCREDITATION; and DOES 1–100,<br><br>    Defendants.<br>_____ / | No. C 05-05328 WHA<br><br>**E-FILING ORDER** |

      The defendants are **ORDERED TO TREAT THIS ACTION AS A MODIFIED ELECTRONIC FILING CASE**. Defendants must conform to General Order No. 45 of the U.S. District Court for the Northern District of California, with the additional requirement that all filings be served on plaintiff Stephen M. Head by traditional means, *i.e.*, *not* through the electronic case filing system. The Court will continue to serve him by traditional means but will serve most other documents upon the other parties through the e-filing system.

1    Electronic case filing (ECF), also called e-filing, provides quicker communication of
2 time-sensitive documents among parties, the Court and the Clerk.  It also provides wider and
3 easier access to important public documents.  However, because plaintiff is representing
4 himself, he is exempt from the dictates of General Order No. 45.  He therefore is not required to
5 participate in the e-filing system.  He may continue to make manual filings in this action.

6    The Court requires parties designated for inclusion in the e-filing system to abide by
7 Federal Rule of Civil Procedure 5(e), Order No. 45 and Civil Local Rules 5-4 and 5-5(b).  The
8 General Orders, Local Rules and comprehensive information about the e-filing system are at
9 ecf.cand.uscourts.gov.  Requests for a printed copy of Order No. 45 should be addressed to:
10 Guidelines for Electronic Case Filing, Clerk, U.S. District Court, 450 Golden Gate Ave., San
11 Francisco, CA 94102.  Please enclose a stamped, self-addressed envelope bearing first-class
12 postage.

13    Among the important provisions of these rules is that "[e]ach attorney of record is
14 obligated to become an ECF User and be assigned a user ID and password for access to the
15 system upon notification that the action is subject to ECF," Gen. Order No. 45, § IV.A., and that
16 "parties are   required to lodge for chambers no later than noon on the business day following
17 the day that the papers are filed electronically, one paper copy of each document that is filed
18 electronically," *id.* § VI.G.  Chambers copies must be delivered to the Clerk's Office.  *Ibid.*
19 Please review the rules and Order No. 45 in their entirety.  Your full compliance is required and
20 expected.

21    If you believe that you should be exempted from e-filing, please make an administrative
22 motion to be excluded.  *See* Civil L.R. 7-11.

**IT IS SO ORDERED.**

Dated: July 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2