United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN M. HEAD, | No. C 05-05328 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING** |
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY et al, | |
| Defendants. | |

The hearing on the motion for a preliminary injunction, now set for August 17, 2006, is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 3, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE